Ralph E. WILLIAMS, as Trustee of Gerald S. Wumino, doing Business as United Supply Company, United Vegetable Shippers and Gilroy Vegetable Growers Association, a Corporation, Bankrupt, Appellant, v. CUMMER–GRAHAM CO., and Jones–Jacobson Co., Inc., Appellees.

No. 9836.

Circuit Court of Appeals, Ninth Circuit.

Sept. 8, 1941.

Arthur P. Shapro, of San Francisco, Cal., for appellant.

G. V. Weikert, of Los Angeles, Cal., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

416

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of appeal herein, and good cause appearing, it is ordered that the appeal herein be dismissed, that a decree be filed and entered accordingly and that the mandate of this court issue forthwith.